# Court of Appeals
# of the State of Georgia

ATLANTA, July 29, 2026

*The Court of Appeals hereby passes the following order*

**A26A2343. IN RE: ESTATE OF FREDDIE WRIGHT, DECEASED .**

Upon consideration of the APPELLANT'S TO WITHDRAW APPEAL/APPLICATION in the above styled case, it is ordered that the motion be hereby GRANTED, and jurisdiction is released back to the trial court upon receipt of this order.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, July 29, 2026.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*